**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**             **Category No.**   __III__             **Investigating Agency**   __FBI__

**City**   __Boston__                           **Related Case Information:**

**County**   __Suffolk__                         Superseding Ind./ Inf. _____   Case No. _____
                                                 Same Defendant _____   New Defendant _____
                                                 Magistrate Judge Case Number   __20-mj-5164-JGD__
                                                 Search Warrant Case Number   _____
                                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __David Rosenholm__                    Juvenile:   ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name       _____

Address          __(City & State)__  __13220 SW Pearl Street, Beaverton, Oregon 97005__

Birth date (Yr only): __1964__   SSN (last4#): __1066__   Sex __M__      Race: _____   Nationality: _____

**Defense Counsel if known:**       __Jane Peachy__            Address  __Federal Public Defender Office__

**Bar Number**       __661394__                              __51 Sleeper Street, Fifth Floor__
                                                             __Boston, MA 02210__

**U.S. Attorney Information:**

**AUSA**   __Kriss Basil__                        Bar Number if applicable   __673074__

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

     ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**        __08/19/2020__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   __Hon. Judith Dein__   on   __09/03/2020__

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      David Rosenholm

### U.S.C. Citations

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013